Name and address:
Laura A. Wytsma (Cal Bar No. 189527)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000; Facsimile: (310) 282-2200
Attorney for Plaintiff Eagles, Ltd.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Eagles, Ltd.

Plaintiff(s)

v.

Hotel California Baja, LLC; and Does 1-10;

Defendant(s).

CASE NUMBER
CV-17-3276

**(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Douglas N. Masters
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
*Firm/Agency Name & Address*

(312) 464-3100 — *Telephone Number*
(312) 464-3111 — *Fax Number*
dmasters@loeb.com — *E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Eagles, Ltd.

*Name(s) of Party(ies) Represented* ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Wytsma, Laura A.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
*Firm/Agency Name & Address*

189527 — *Designee's Cal. Bar No.*
(310) 282-2000 — *Telephone Number*
(310) 282-2200 — *Fax Number*
lwytsma@loeb.com — *E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ______
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** May 8, 2017

/ s / Alka Sagar
**U.S. Magistrate Judge**



American LegalNet, Inc.
www.FormsWorkFlow.com