Laura A. Wytsma (Bar No. 189527)
lwytsma@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, California 90067
(310) 282-2000

Douglas N. Masters (*pro hac vice*)
dmasters@loeb.com
Thomas P. Jirgal (Bar No. 202637)
tjirgal@loeb.com
Elisabeth K. O'Neill (*pro hac vice*)
eoneill@loeb.com
LOEB & LOEB LLP
321 North Clark Street, Ste. 2300
Chicago, Illinois 60654
(312) 464-3100

Attorneys for plaintiff Eagles, Ltd.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eagles, Ltd.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Hotel California Baja, LLC; Brent Massman; and Does 1-10,<br><br>　　　　Defendant. | Case No.: CV-17-3276-RGK-RAO<br><br>[**PROPOSED**] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: May 1, 2017<br>Trial Date: May 8, 2018 |

Having considered the Stipulation of Dismissal with Prejudice between the Parties, and good cause appearing therefor:

**IT IS SO ORDERED** that the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: January 18, 2018

_____
Honorable R. Gary Klausner
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE